**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALI DARWICH AND FATIMA
H. TOUFAILI,

        Plaintiffs,

v.                      Case  No. 13-CV-10757-DT

U.S. DEPARTMENT OF
JUSTICE, ET, AL.,

        Defendants.

                         /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1.  In her August 26, 2013 report, the Magistrate Judge recommends that this court grant Defendants' "Motion to Dismiss" [Doc. #17] ; dismiss Plaintiffs' claims against Defendant Long under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b); and dismiss this matter in its entirety.  She further recommends finding moot Plaintiffs' "Motion for Discovery" [Doc. #8] and Defendant Long's "Motion for a More Definite Statement" [Doc. #10].

On September 18, 2013, Plaintiff Ali Darwich filed his objections to the Magistrate Judge's report and recommendation.  No reply has been filed by Defendants.

Having reviewed the file, the report and recommendation and the objections by plaintiff, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this order.  Defendant's objections,

when reviewed de novo, are devoid of substance.  The Magistrate Judge's report is thorough, well-reasoned, and correct.

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's report and recommendation, Defendants' "Motion to Dismiss" [Doc. #17] is GRANTED. Plaintiffs' claims against Defendant Long are DISMISSED under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b).  This matter is DISMISSED in its entirety.  Further, Plaintiffs' "Motion for Discovery" [Doc. #8] and Defendant Long's "Motion for a More Definite Statement" [Doc. #10] are DENIED AS MOOT.


 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated:  October 25, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 25, 2013, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522