**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

ALII DARWICH AND FATIMA H.
TOUFAILI

       Plaintiffs,

v.                            CASENO: 13-CV-10757-DT

U.S. DEPARTMENT OF JUSTICE
ET AL.,

       Defendant.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and

Recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is

**GRANTED** in favor of Defendants and against the Plaintiffs.

ENTERED BY ORDER OF THE COURT

Dated: October 25, 2013

 s/Lisa Wagner
LISA G. WAGNER
CASE MANAGER TO THE HONORABLE
ROBERT H. CLELEND